

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-21-00022-CV

**IN RE** Daniel Estevez **GUTIERREZ**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on February 10, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CV2371, styled *Daniel Estevez Gutierrez v. Victoria Gonzales*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.